AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

KEVIN BYRD
DOB:
PDID:

**(Name and Address of Defendant)**

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __JULY 14, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a 9xmm Carbine rafle.

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__ .

I further state that I am __Officer JEREMY SHARPTON__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:      ☒ Yes   ☐ No

Signature of Complainant
**OFFICER JEREMY SHARPTONRA**
**Fourth District, MPD**

Sworn to before me and subscribed in my presence,

_____      at      __Washington, D.C.__
Date                                                                    City and State

_____              _____
Name & Title of Judicial Officer                    Signature of Judicial Officer