## STATEMENT OF FACTS

On the evening of July 14, 2005 Metropolitan Police Department officers received information that a male going to and from a white Cadillac automobile in the vicinity 5000 block of Rock Church Road appeared to be engaging in narcotics trafficking. Officers went to the area and observed the defendant, KEVIN BYRD in the 5000 block of Rock Church Road. Police officers spoke with the defendant who displayed to them a key ring with several keys on it, including one with a Cadillac emblem. The defendant told the officers the keys were to a black Cadillac automobile.

Police officers observed a white Cadillac near where the defendant was standing. From outside the vehicle the officers observed the butt of a firearm on the rear floor board of the vehicle. Following the officers observation of the firearm, the defendant stated that the Cadillac automobile was his girlfriend's and the firearm belonged to him. Officers inserted a key in the defendant's possession into the door lock of the white Cadillac automobile and the key fit the lock.

The defendant was placed under arrest and United States Secret Service officers removed a .9mm HIGHPOINT semi-automatic rifle from the vehicle. The weapon was not loaded with ammunition

A criminal records check shows that defendant KEVIN BYRD previously has been convicted in the Superior Court of the District of Columbia of a crime punishable by imprisonment for a term exceeding one year, an offense in the nature of possession with intent to distribute cocaine in case number F-3262-04. Before filing this complaint, the undersigned officer viewed a copy of a document showing this conviction and initialed it so that he could refer to it again if needed. To the best of this officer's knowledge, the .9mm HIGHPOINT semi-automatic rifle was not manufactured in the District of Columbia.

_____.
JEREMY SHARPTON
Officer, Metropolitan Police Department
Fourth District

Subscribed and sworn to me this _____ day of July, 2005.