UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | MAGISTRATE NO. 05-0401M-01 (CR) |
| **KEVIN J. BYRD,** | : | |

## D I S M I S S A L

The United States, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court to dismiss the above-captioned case, without prejudice, and order the forthwith release and discharge of the above-named defendant on these charges.

          KENNETH L. WAINSTEIN
          UNITED STATES ATTORNEY
          Bar No. 451-058

BY: _____
      VINCENT CAPUTY
      ASSISTANT UNITED STATES ATTORNEY
      Bar No. 362-341
      Organized Crime and Narcotics Trafficking Section
      555 4th Street, N.W., Room 4215
      Washington, D.C. 20530
      (202) 514-6972

APPROVED AND GRANTED THIS _____
DAY OF _____, 2005.

_____
UNITED STATES MAGISTRATE JUDGE