UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
|        Plaintiff,   ) | |
| ) | |
| v.   ) | Crim. No. 05-401M(DAR) |
| ) | |
| KEVIN BYRD,   ) | FILED |
| ) | |
|        Defendant   ) | AUG 2 2 2005 |
| ) | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Upon consideration of defendant's Motion to Dismiss, it is by the Court hereby

ORDERED that defendant's Motion is GRANTED and that the complaint against him is dismissed ~~with~~ *without* prejudice.

_____
UNITED STATES MAGISTRATE JUDGE

DATE:

Copies to:
Dani Jahn (AFPD)
Barry Weigand (AUSA)